56083, 56084. CARTER v. APPLING COUNTY et al.; and vice versa.

Smith, Judge.

The lone contention in the main appeal is that Appling County, defendant below and movant for a

judgment based on res judicata, failed to introduce the prior judgment into the record. E. g., *Doyal & Associates, Inc. v. Blair,* 138 Ga. App. 314 (226 SE2d 109) (1976). Because the record does not sustain the appellant's contention, the judgment is affirmed. The cross appeal is dismissed for want of prosecution.

*Judgment affirmed in Case no. 56083; appeal dismissed in Case no. 56084. Deen, P. J., and Banke, J., concur.*

SUBMITTED JUNE 28, 1978 — DECIDED JULY 14, 1978.

*Jackson S. Cooley,* for appellant.
*Emmett P. Johnson,* for appellees.